AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | | |
|---|---|---|
| JUAN REYES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:24-cv-08795-LJL |
| | ) | |
| TAMRAK MANAGEMENT INC., 500 EAST 183RD | ) | |
| REALTY CORP., KOVSKAYA GRUPPA CORP., | ) | |
| DOV RAKOWER, NATALIYA DYKOVSKAYA, and | ) | |
| ZEV MILTZ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John E. Icklan & James F. Sullivan
> Law Offices of James F. Sullivan, PC
> 52 Duane Street, 7th Floor
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/21/2024

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-08795-LJL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## RIDER

Tamrak Management Inc.
972 Route 45, Suite 204
Pomona, New York 10970

500 East 183rd Realty Corp.
972 Route 45, Suite 204
Pomona, New York 10970

Kovskaya Gruppa Corp.
201 West 72nd Street, Suite 4A
New York, New York 10023

Dov Rakower
972 Route 45, Suite 204
Pomona, New York 10970

Nataliya Dykovskaya
25-14 31st Ave
Astoria, New York 11106

Zev Miltz
972 Route 45, Suite 204
Pomona, New York 10970