UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUAN REYES,                                                       :
:
:
Plaintiff,                                   :
:      24-CV-08795 (JAV)
-v-                                         :
:              ORDER
:
TAMRAK MANAGEMENT INC., et al.,                                   :
:
:
:
Defendants.                                  :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

     Pursuant to the Court's Order dated January 14, 2025, ECF No. 21, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by April 17, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 22, 2025**.

     SO ORDERED.

Dated: April 18, 2025
      New York, New York                       _____
                                                   JEANNETTE A. VARGAS
                                                   United States District Judge