UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN REYES,

                            Plaintiff,

        -against-

TAMRAK MANAGEMENT INC., et al.,

                          Defendants.
------------------------------------------------------------------X

24-CV-8795 (JAV)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to Defendants' request at ECF No. 31, the settlement conference scheduled for October 6, 2025 is hereby adjourned. A pre-settlement conference call is now scheduled for **Thursday, November 18, 2025 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [774 375 068#].

      The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 31.

      **SO ORDERED.**

DATED:    New York, New York
              October 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge