UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN REYES,

Plaintiff,

- against -

TAMRAK MANAGEMENT INC., 500 EAST 183RD REALTY CORP., KOVSKAYA GRUPPA CORP., DOV RAKOWER, NATALIA DYKOVSKAYA, and ZEV MILTZ,

Defendants.

Case No. 1:24-cv-08795 (JAV)

~~[proposed]~~
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants TAMRAK MANAGEMENT INC., 500 EAST 183RD REALTY CORP. KOVSKAYA GRUPPA CORP., DOV RAKOWER, NATALIA DYKOVSKAYA and ZEV MILTZ (collectively "Defendants") have offered to allow Plaintiff JUAN REYES ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment, which is dated October 15, 2026, was formally served on Plaintiff on October 15, 2026, and is filed as Exhibit "A" to Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment;

**WHEREAS**, on October 15, 2026, Plaintiff and Plaintiff's attorneys confirmed Plaintiff's acceptance of Defendants' Offer of Judgment;

**IT IS HEREBY**

**ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff, and against Defendants, jointly and severally, in the total amount of One Hundred and Ten Thousand Dollars ($110,000.00), consisting of:

(a) Seventy-Five Thousand Dollars ($75,000.00) on all claims asserted in this action, inclusive of all unpaid wages, minimum wages, overtime, spread of hours pay, liquidated damages, statutory damages, and pre-judgment interest under the Fair Labor Standards Act and the New York Labor Law; and

(b) Thirty-Five Thousand Dollars ($35,000.00) for all reasonable attorneys' fees and costs,

and the Clerk is directed to close the case.

Dated: New York, New York
October 20, 2026

Jeannette Vargas D.J.